FILED
RICHARD W. NAGEL
CLERK OF COURT

1/13/21

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
WEST. DIV. DAYTON

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>vs.<br><br>**SHAWN DEPWEG,**<br><br>Defendant. | CASE NO. 3:21-cr-003 _____<br><br>JUDGE Thomas M. Rose _____<br><br>**INFORMATION**<br><br>**18 U. S. C. § 641** |

**THE UNITED STATES ATTORNEY CHARGES:**

### COUNT 1
### (Theft of Public Money)

From in or about July 2016, and continuing through in or about September 2019, in the Southern District of Ohio, the defendant, **SHAWN DEPWEG**, did knowingly and willfully embezzle, steal, purloin, and convert to his own use and the use of another, on a recurring basis, money belonging to the United States and a department and agency thereof in a total amount greater than $1,000, namely, Social Security benefits having a value of approximately $43,836.60.

**In violation of 18 U.S.C. § 641.**

                                                  DAVID DEVILLERS
                                                  UNITED STATES ATTORNEY

                                                  */s/ Timothy Landry*

                                                  **TIMOTHY LANDRY (MA 669554)**
                                                  **SPECIAL ASSISTANT U.S. ATTORNEY**